# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| Edward Kamuck <br> *Plaintiff* <br> v. <br> Shell Energy Holdings GP, LLC., Shell Energy Holdings LP, LLC, and SWEPI, LP (d/b/a Shell Western Exploration and Production, LP) <br> *Defendant(s)* | Civil Action No.   4:11-CV-001425 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other:   Judgment is hereby entered in favor of the Defendants .

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ entered by   Magistrate Judge Martin C. Carlson
      following an Order granting summary judgment in favor of the defendants.

Date:   Mar 25, 2015

*Maria E. Elkins*, CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*